**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RIVERSIDE MARINE**
**REMANUFACTURERS, INC.**                                                   **PLAINTIFF**

**VS.**                                   **4:15-CV-00218-BRW**

**WESTERN DIESEL SERVICES, INC.,**
**d/b/a CK Power and CK Gas**                                               **DEFENDANT**

### ORDER

The parties to this case have settled their disputes.[1]  Accordingly, this case is

DISMISSED with prejudice.  The Court retains jurisdiction to enforce the settlement.

IT IS SO ORDERED this 9th day of August, 2016.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 118.